Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:10-MJ-0117-MJS |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | PLEA AND SENTENCING; |
| | ) | AND  ORDER |
| JEFFREY L. KILE, | ) | THEREON |
| Defendant. | ) | |
| | ) | Courtroom: Yosemite U.S. Magistrate |
| | ) | Honorable Michael J. Seng |
| | ) | |

IT IS HEREBY STIPULATED by and between Susan St. Vincent,  the acting legal officer

for the National Park Service, and Defendant, JEFFREY KILE, by and through his attorney of

record, Eugene Action, that the Change of Plea and Sentencing in the above-captioned matters set

for December 7, 2010, shall be continued to January 19, 2011 at 10:00 a.m.


Dated: December 3, 2010                   /S/ Susan St. Vincent
                                          Susan St. Vincent
                                          Acting Legal Officer
                                          Yosemite National Park



Dated: December 3, 2010                   /S/ Eugene Action
                                          Eugene Action
                                          Attorney for Defendant
                                          JEFFREY L. KILE

1

* * * ORDER * * *

The Court, having reviewed the above request to continue the change of plea and sentencing for Jeffrey L. Kile,  now set for December 7, 2020, to December 20, 2010, at 1:30 p.m., HEREBY ORDERS AS FOLLOWS:

The Change of Plea and Sentencing now set for December 7, 2010, is continued to December 20, 2010 at 1:30 P.M.

IT IS SO ORDERED.

Dated:    December 6, 2010            /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE